**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

ULUGBEK BAKHRONOV                          CIVIL ACTION NO. 26-0938

                                           SECTION P
VS.

                                           JUDGE JAMES D. CAIN, JR.

TIM WYATT, ET AL.                          MAG. JUDGE KAYLA D. MCCLUSKY

## ORDER

Petitioner Ulugbek Bakhronov, a detainee in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.

**THE CLERK OF COURT IS INSTRUCTED** to email a copy of this Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana and grant her access to the pleadings.

**IT IS ORDERED** that Respondents file a response to the Petition within **21 days** of the date of this Order, or service of the Petition on the United States Attorney for the Western District of Louisiana, whichever is later.

**IT IS FURTHER ORDERED** that Petitioner shall have **7 days** following the filing of Respondents' response to file a reply.

When the record is complete, the Court will determine the necessity of an evidentiary hearing.

In Chambers, Monroe, Louisiana, this 13th day of April, 2026.

_____
Kayla Dye McClusky
United States Magistrate Judge