UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| ULUGBEK BAKHRONOV<br><br>Petitioner,<br><br>v.<br><br>BRIAN ACUNA ET AL<br><br>Respondents. | Case No.: 3:26-cv-00938-JDC-KDM<br><br><br>**JUDGE JAMES D CAIN, JR**<br><br>**MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

IT IS ORDERED THAT the petition for habeas corpus is hereby dismissed in the above-described action.

SO ORDERED on this, the 13th day of May, 2026.

_____
JAMES D. CAIN, JR.
US DISTRICT COURT JUDGE

1